# EXHIBIT C

POS-015

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>John Noall Nixon III<br>—John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br>TELEPHONE NO.: 408-247-7189    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 93404
BRANCH NAME: Downtown

PLAINTIFF/PETITIONER: John Noall Nixon III

DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>107CV081534 |
|---|---|

TO (insert name of party being served): LTX Corp.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

_____    ▶    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☐ A copy of the summons and of the complaint.
2. ☐ Other *(specify):*

*(To be completed by recipient):*

Date this form is signed:

_____    ▶    _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John Noall Nixon III<br>John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br><br>TELEPHONE NO.: 408-247-7189          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 93404
BRANCH NAME: Downtown

PLAINTIFF/PETITIONER: John Noall Nixon III

DEFENDANT/RESPONDENT: Tim Hallock, invid.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>107CV081534 |
|---|---|

TO (insert name of party being served): Tim Hallock

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:

_____          ►  _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. ☐  A copy of the summons and of the complaint.
2. ☐  Other (specify):

(To be completed by recipient):

Date this form is signed:

_____          ►  _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,              (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |
|---|---|---|

**POS-015**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>John Noall Nixon III<br>—John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br>TELEPHONE NO.: 408-247-7189     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 93404
BRANCH NAME: Downtown

PLAINTIFF/PETITIONER: John Noall Nixon III

DEFENDANT/RESPONDENT: Peter Rood, invid.

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | **CASE NUMBER:**<br>107CV081534 |

TO *(insert name of party being served):* Peter Rood

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:

_____          ▶ _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☐   A copy of the summons and of the complaint.
2. ☐   Other *(specify):*

*(To be completed by recipient):*

Date this form is signed:

_____          ▶ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,        (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |

American LegalNet, Inc.
www.USCourtForms.com

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| John Noall Nixon III<br>— John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA. 95051<br>  TELEPHONE NO: 408-247-7189    FAX NO. *(Optional)*<br>E-MAIL ADDRESS *(Optional)*<br>  ATTORNEY FOR *(Name)*: In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
  STREET ADDRESS:  191 North First Street
  MAILING ADDRESS:  191 North First Street
  CITY AND ZIP CODE:  San Jose, CA. 93404
  BRANCH NAME:  Downtown

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind. | 107CV081534 *KLN* |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Form POS-015

3. a. Party served *(specify name of party as shown on documents served):*
      LTX Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a).*
      Paul, Hastings, Janofsky & Walker LLP, Attorneys for Defendant

4. Address where the party was served:
   Twenty Fourth Floor, 55 Second Street, San Francisco, CA
5. I served the party *(check proper box)*
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 7/23/07    (2) at *(time):* 11:15: *m* .
   b. ☒ by substituted service. On *(date):* ~~7-X-17~~ at *(time):* ~~1:40 p.m.~~ I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      ~~Margret Winterp ... ... KLN~~

      (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER. |
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind. | 107CV081534 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                    (2) from *(city):*

(3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  ☐  **by other means** *(specify means of service and authorizing code section):*

☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
a.  ☐  as an individual defendant.
b.  ☐  as the person sued under the fictitious name of *(specify):*
c.  ☐  as occupant.
d.  ☑  On behalf of *(specify):*  LTX, Corp.
under the following Code of Civil Procedure section:

☑  416.10 (corporation)                       ☐  415.95 (business organization, form unknown)
☐  416.20 (defunct corporation)               ☐  416.60 (minor)
☐  416.30 (joint stock company/association)   ☐  416.70 (ward or conservatee)
☐  416.40 (association or partnership)        ☐  416.90 (authorized person)
☐  416.50 (public entity)                     ☐  415.46 (occupant)
                                              ☐  other:

7.  Person who served papers
a.  Name: Katherine Nixon
b.  Address: 2099 Brown Ave., Santa Clara, CA  95051
c.  Telephone number: 408-247-7189
d.  The fee for service was: $ 0.00
e.  I am:
(1)  ☑  not a registered California process server.
(2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
(3)  ☐  a registered California process server:
(i)  ☐  owner  ☐  employee  ☐  independent contractor.
(ii)  Registration No.:
(iii)  County:

8.  ☑  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 23, 2007

_____                    ▶  _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE )

07/26/2007 13:35 FAX                                                                    ☐004/007

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John Noall Nixon III<br>John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br>TELEPHONE NO.: 408-247-7189    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 93404
BRANCH NAME: Downtown

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| | 107CV081534 |
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind. | Ref. No. or File No.: |

| PROOF OF SERVICE OF SUMMONS | |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Form POS-015, Copy of POS-010

3. a. Party served *(specify name of party as shown on documents served):*
      Peter Rood, invid.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 7-23-12    (2) at *(time):* 7:55 o km
   b. ☑ by substituted service. On *(date):* 7/23/2007   at *(time):* 7:55 am . I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind. | 107CV081534 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date):*                  (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
    ☐ 416.60 (public entity)               ☐ 415.46 (occupant)
                                ☐ other:

7. Person who served papers
  a. Name: Katherine Nixon
  b. Address: 2099 Brown Ave., Santa Clara, CA 95051
  c. Telephone number: 408-247-7189
  d. The fee for service was: $ 0.00
  e. I am
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 23, 2007

_____        ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

07/26/2007 13:38 FAX                                                                    ☒006/007

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John Noall Nixon III<br>John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br>  TELEPHONE NO.: 408-247-7189    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>  ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
  STREET ADDRESS: 191 North First Street
  MAILING ADDRESS: 191 North First Street
  CITY AND ZIP CODE: San Jose, CA 93404
  BRANCH NAME: Downtown

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind. | 107CV081534 |
| | Ref. No. or File No.: |

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [✓] other (specify documents): Form POS-015, Copy of POS-010

3. a. Party served (specify name of party as shown on documents served):
      Tim Hallock, invid.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   3931 N. 1st St., San Jose, CA 95134
5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 7-23-17    (2) at (time): 9:55am
   b. [ ] by substituted service. On (date): 7-23-17 at (time): 9-    I left the documents listed in item 2 with or  Cuv in the presence of (name and title or relationship to person indicated in item 3):
      Home, Recepionist at LTX, San Jose  KLN
      (1) [✓] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):      from (city):      or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood, invid., &Tim Hallock, Ind. | 107CV081534 |

5.  c. ☐  by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:              (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐  by other means *(specify means of service and authorizing code section)*:

   ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐  as an individual defendant.
   b. ☐  as the person sued under the fictitious name of *(specify)*:
   c. ☐  as occupant.
   d. ☐  On behalf of *(specify)*:
         under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                            ☐ other:

7.  Person who served papers
   a. Name: Katherine Nixon
   b. Address: 2099 Brown Ave., Santa Clara, CA  95051
   c. Telephone number: 408-247-7189
   d. The fee for service was: $ 0.00
   e. I am:
      (1) ☑  not a registered California process server.
      (2) ☐  exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐  a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 23, 2007

_____                    ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                              (SIGNATURE)

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>John Noall Nixon III<br>— John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br>  TELEPHONE NO.: 408-247-7189    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 93404
BRANCH NAME: Downtown

| | |
|---|---|
| PLAINTIFF/PETITIONER: John Noall Nixon III | **CASE NUMBER:**<br>107CV081534 |
| DEFENDANT/RESPONDENT: *TIM HALLOCK* | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents):* ~~illegible~~ ~~illegible~~

3. a. Party served *(specify name of party as shown on documents served):*

   **Tim Hallock**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   3931 N. 1st Street, San Jose, CA 95134

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 5/15/07    at *(time):* 2:15 pm  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Sally May**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tim Hallock | 107CV081534 |

5.  c. ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐   **by other means** *(specify means of service and authorizing code section):*

☐   Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
a. ☑   as an individual defendant.
b. ☐   as the person sued under the fictitious name of *(specify):*
c. ☐   as occupant.
d. ☐   On behalf of *(specify):*
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)                                  ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)                      ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)              ☐ 416.90 (authorized person)
☐ 416.50 (public entity)                                    ☐ 415.46 (occupant)
                                                                            ☐ other:

7.  **Person who served papers**
a.  Name: Katherine Nixon
b.  Address: 2099 Brown Ave., Santa Clara, CA  95051
c.  Telephone number: 408-247-7189
d.  **The fee for service was:** $ 0.00
e.  I am:
(1) ☑   not a registered California process server.
(2) ☐   exempt from registration under Business and Professions Code section 22350(b).
(3) ☐   a registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.:
(iii) County:

8. ☑   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐   I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 15, 2007

Katherine Lynn Nixon
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| John Noall Nixon III<br>John Noall Nixon III<br>2099 Brown Ave.<br>Santa Clara, CA 95051<br>TELEPHONE NO.: 408-247-7189    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 93404
BRANCH NAME: Downtown

PLAINTIFF/PETITIONER:  John Noall Nixon III

DEFENDANT/RESPONDENT:  LTX Corp., Peter Rood and Tim Hallock

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [✓] UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000)    [ ] LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | 107CV081534/8<br>*KLN* |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: July 17, 2007        Time: 1:30 p.m.      Dept.: 8        Div.:          Room:

Address of court *(if different from the address above)*:

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. [✓] This statement is submitted by party *(name)*:  John Noall Nixon
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [✓] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in [✓] complaint  [ ] cross-complaint    *(describe, including causes of action)*:
      Defamation, Violation of Labor Code 1050 and 1052, Retaliation, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Unpaid Wages, Civil Conspiracy, Fraud

CM-110

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood and Tim Hallock | 107CV081534 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Defamation: damages: $592,200 per claim of defamation. These are multiple claims.
Violation of Labor Codes 1050, 1052 and 1054: Damages: $592,200 per claim. There were multiple.
Retaliation, damages as due under Labor Code Section 232.5
Intentional Infliction of Emotional Distress: As trier of fact decides.
Negligent Infliction of Emotional Distress: As trier of fact decides.
Unpaid Wages: A calculated amount of $440,000, Liquidated damages would be in the amount of $880,000
Civil Conspiracy: $592,200. Fraud: As trier of fact decides

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request  ☑ a jury trial  ☐ a nonjury trial   *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for *(date):*
b.  ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☑ days *(specify number):* 2-3
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☐ by the attorney or party listed in the caption  ☑ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10.  **Alternative Dispute Resolution (ADR)**
a.  Counsel  ☑ has  ☐ has not   provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐ The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp:, Peter Rood and Tim Hallock | 107CV081534 |

10. d.   The party or parties are willing to participate in *(check all that apply):*
　　　(1) ☑ Mediation
　　　(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
　　　(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
　　　(4) ☐ Binding judicial arbitration
　　　(5) ☐ Binding private arbitration
　　　(6). ☑ Neutral case evaluation
　　　(7) ☐ Other *(specify):*

　　e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
　　f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
　　g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**
　　☑ The party or parties are willing to participate in an early settlement conference *(specify when):*
　　　　August forward 2007

**12. Insurance**
　　a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
　　b. Reservation of rights: ☐ Yes ☐ No
　　c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
　　☐ Bankruptcy ☐ Other *(specify):*
Status:

**14. Related cases, consolidation, and coordination**
　　a. ☑ There are companion, underlying, or related cases.
　　　　(1) Name of case: Nixon v. Chan, Credence
　　　　(2) Name of court: Downtown Superior Court of Santa Clara County
　　　　(3) Case number: 107CV081542
　　　　(4) Status: OSC
　　☑ Additional cases are described in Attachment 14a.
　　b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**15. Bifurcation**
　　☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**
　　☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

CM-110 [Rev. January 1, 2007]　　　　　**CASE MANAGEMENT STATEMENT**　　　　　Page 3 of 4

CM-110

| PLAINTIFF/PETITIONER: John Noall Nixon III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LTX Corp., Peter Rood and Tim Hallock | 107CV081534 |

**17. Discovery**

  a. ☐ The party or parties have completed all discovery.

  b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | Subpoena phone records Hallock | 9/1/2007 |
| Plaintiff | Deposition of Witnesses | 10/1/2007 |

  c. ☐ The following discovery issues are anticipated *(specify):*

**18. Economic Litigation**

  a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

  b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**19. Other issues**

  ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**20. Meet and confer**

  a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

      Parties have been communicating through attorneys at Sessions & Kimball Law Firm, Mission Viejo, CA.

  b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

    Nothing

**21. Case management orders**

  Previous case management orders in this case are *(check one):* ☑ none ☐ attached as Attachment 21.

**22. Total number of pages attached** *(if any):* ___1___

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: July 23, 2007

John Noall Nixon III
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

14 (a)

    (1) Name of case:  Nixon v. Cisco, Nguyen and Sumner
    (2) Name of court:  Downtown Superior Court
    (3) Case Number:  107CV081534
    (4) Status:  OSC

1

PLAINTIFF

2　John Nixon, In Properia Persona

3　2099 Brown Ave.

4　Santa Clara, CA 95051

5　　　　　SUPERIOR COURT OF THE STATE OF CALIFORNIA

6　　　　　FOR THE COUNTY OF SANTA CLARA, SAN JOSE DIVISION

7

8

9　JOHN NIXON, an individual,　　　　)　　**CASE NO.:　107CV081538**
　　　　　　　　　　　　　　　　　　　)
10　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
11　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**MOTION IN ANSWER TO ORDER TO**
12　　　　　　　　　　　　　　　　　　)　　**SHOW CAUSE RE:**
　　　　　vs.　　　　　　　　　　　　)　　**SANCTIONS/DISMISSAL PURSUANT**
13　　　　　　　　　　　　　　　　　　)　　**TO CRC 3.110**
　LTX CORPORATION, PETER ROOD　　　　)
14　AND TIM HALLOCK,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
15　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　 )
16　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
17　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
18

19　Plaintiff, JOHN NIXON, (hereinafter "PLAINTIFF") affirms the following:

20

21　　　　Plaintiff received the Court's Notice re:  Sanctions/Dismissal Pursuant to CRC 3.110 on

22　July 25, 2007.  Plaintiff's response follows:

23

24　　**SERVICE OF LTX CORPORATION AND PETER ROOD AND TIM HALLOCK**

25　　　　Plaintiff served Peter Rood and Tim Halllock on May 15, 2007.  Proof of service is

26　provided in attachments.   Plaintiff re-served Rood and Hallock on July 22, 2007.  LTX

27　Corporation was not served originally because Plaintiffs are represented by counsel from the firm

28

of Sessions and Kimball. There are ongoing settlement discussions going on. However, in an abundance of caution, Plaintiff served LTX' counsel, Jeffrey Wohl on July 22, 2007, also. Those proofs of service (filed with the clerk's office) are also attached.

## **PLAINTIFF MADE THE MISTAKE OF NOT FILING WITH THE CLERK THE PROOFS OF SERVICE.**

Plaintiff is represented by counsel in this matter and discussions are ongoing between Plaintiff's attorneys and Defendant's attorneys. Therefore, Plaintiff was not aware of the necessity of proving that Defendants had been served. Plaintiff thought that the Proof of Service would be kept until needed. Apparently, the time has come when the need for the Proofs of Service are needed. Plaintiff herein supplies them and attaches proof of that service.

This is Plaintiff's Answer to the Court's Notice Re: Sanctions/Dismissal Pursuant to CRC 3.110 received by Plaintiff on July 24, 2007.

July 26, 2007

_____
John N. Nixon III
Plaintiff

- 2 -

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                           ) §

COUNTY OF SANTA CLARA )

I, the undersigned, do hereby declare:

I live in the County of Santa Clara, California. I am over the age of eighteen (18) years; a citizen of the United States; and not a party to the within action. My business address is: 2099 Brown Ave., Santa Clara, CA 95051.

On this date, Wednesday, July 25, 2007, I mailed the attached MOTION IN ANSWER TO ORDER TO SHOW CAUSE RE: SANCTIONS/DISMISSAL PURSUANT TO CRC 3.110 in case number **107CV081538, Nixon v. LTX, et. al** on the interested parties in said cause, as designated below:

  X          **(By US. Postal Service)** By placing on that date at my home, a true copy thereof, enclosed in a sealed envelope with postage fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

Said envelopes were addressed as follows:

Tim Hallock
LTX Corporation
3931 N 1st Street
San Jose, CA 95134

Peter Rood
LTX Corporation
3931 N 1st Street
San Jose, CA 95134

Jeffrey Wohl
Janofsky & Walker LLp
24th Floor, 55 Second Street
San Francisco, CA 94105

          **(By personal service)** I caused the document to be personally delivered by hand to the office of the addressee:

          **(By U.S. Postal Express Mail)** I caused a sealed envelope, with Express Mail postage thereon fully prepaid, to be placed in the United States Mail depository, at Salinas, California, for next day delivery.

          **(By Fax Machine)** I caused a true copy of the above referenced document(s) to be transmitted by facsimile machine to the phone number

shown below each address, and caused a sealed envelope containing a true copy of the same, with first class postage thereon fully prepaid, to be deposited in the United States mail in Salinas, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 25, 2007, at Santa Clara, California.

_____
Katherine L. Nixon