JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK,<br><br>            Defendants.<br><br>LTX CORPORATION, a corporation,<br><br>            Cross-Complainant,<br><br>     vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>            Cross-Defendants. | No.<br><br>**CERTIFICATION AS TO INTERESTED PARTIES AND ENTITIES** |

LEGAL_US_W # 56791430.1

DEFENDANTS' CERTIFICATION RE: PARTIES
U.S.D.C., N.D. Cal., No. _____

1  Pursuant to Civil L.R. 3-16, the undersigned, on behalf of defendant and cross-complainant LTX
2  Corporation and defendants Peter Rood, and Tim Hallock, certifies that as of this date, other than the
3  named parties, there is no such interest to report.

4  Dated:  August 7, 2007.    JEFFREY D. WOHL
                               JEFFREY P. MICHALOWSKI
5                              PAUL, HASTINGS, JANOFSKY & WALKER LLP

6                              By:  /s/ Jeffrey D. Wohl
7                                       Jeffrey D. Wohl
                                 Attorneys for Defendant/Cross-Complainant
8                                LTX Corporation and Defendants Peter Rood, and
                                         Tim Hallock

LEGAL_US_W # 56791430.1

DEFENDANTS' CERTIFICATION RE: PARTIES
U.S.D.C., N.D. Cal., No. _____