1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock

7

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  JOHN NIXON, an individual,              No.

13             Plaintiff,                   **NOTICE OF RELATED CASE OR
                                            PROCEEDING**
14      vs.

15  LTX CORPORATION, a corporation, and
    PETER ROOD, individually, and TIM
16  HALLOCK,

17             Defendants.

18
    LTX CORPORATION, a corporation,
19
               Cross-Complainant,
20
        vs.
21
    JOHN NIXON III, an individual, and Does 1-
22  10,

23             Cross-Defendants.

24

25

26

27

28

To the Clerk of Court and plaintiff John Nixon III:

Pursuant to this Court's Civil Local Rule 3-13, defendant and cross-complainant LTX Corporation and defendants Peter Rood and Tim Hallock hereby provide notice that the following cases are related to this case:

- *John Nixon, an individual, Plaintiff, v. Tom Nguyen, Marcy Sumner, and Cisco Systems, Defendant,* Santa Clara Superior No. 107 CV 081534, filed on March 9, 2007.

- *John Nixon, an individual, Plaintiff, v. Ronnie Chan, and Credence Inc., Defendants,* Santa Clara Superior No. 107 CV 081542, filed on March 9, 2007.

Dated:  August 7, 2007.         JEFFREY D. WOHL
                                JEFFREY P. MICHALOWSKI
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                By:  /s/ Jeffrey D. Wohl
                                _____
                                        Jeffrey D. Wohl
                                Attorneys for Defendant/Cross-Complainant
                                LTX Corporation and Defendants Peter Rood, and
                                            Tim Hallock