COPY

ORIGINAL FILED

07 AUG -7 PH 3: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California  94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA        RS

11

12  JOHN NIXON, an individual,          No. C 07   4055

13                Plaintiff,            PROOF OF SERVICE

14        vs.                          (Santa Clara Superior No. 1-07-CV-081538)

15  LTX CORPORATION, a corporation,
    and PETER ROOD, individually, and
16  TIM HALLOCK, individually,

17                Defendants.

18  LTX CORPORATION, a corporation,
19
                  Cross-Complainant,
20
          vs.
21
    JOHN NIXON III, an individual, and
22  Does 1-10,

23                Cross-Defendants.

24

25

26

27

28

LEGAL_US_W # 56802301.1

PROOF OF SERVICE
U.S.D.C., N.D. Cal., No. _____

1    I am a citizen of the United States and employed in San Francisco County, California. I am over

2  the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second

3  Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this

4  firm's practice for collection and processing of correspondence for mailing with the United States Postal

5  Service.

6    On August 7, 2007, I placed with this firm at the above address for deposit with the United States

7  Postal Service true and correct copies of the following documents described as:

8  •  **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)**
   **(FEDERAL QUESTION)**

9

10  •  **CERTIFICATION AS TO INTERESTED PARTIES AND ENTITIES**

11  •  **NOTICE OF RELATED CASE OR PROCEEDING**

12  in an envelope, postage fully paid, addressed as follows:

13       John Noall Nixon, III
         2099 Brown Avenue
14       Santa Clara, CA 95051

15

16    Following ordinary business practices, the envelope was sealed and placed for collection and

17  mailing on this date, and would, in the ordinary course of business, be deposited with the United States

18  Postal Service on this date.

19    I declare that I am employed in the office of a member of the bar of this court at whose direction

20  the service was made. I also declare under penalty of perjury under the laws of the United States that

21  the foregoing is true and correct.

22    Executed on August 7, 2007, at San Francisco, California.

23

24                    _Meredith A. Mitchell_____

25                         Meredith A. Mitchell

26

27

28

PROOF OF SERVICE
U.S.D.C., N.D. CAL., NO. _____