JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK, individually,<br><br>　　　　　Defendants. | No. C 07-04055 RS<br><br>**PROOF OF SERVICE**<br><br>(Santa Clara Superior No. 1-07-CV-081538) |
| LTX CORPORATION, a corporation,<br><br>　　　　　Cross-Complainant,<br><br>　　vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>　　　　　Cross-Defendants. | |

LEGAL_US_W # 56802301.1

PROOF OF SERVICE
U.S.D.C., N.D. Cal., No. C 07-04055 RS

1  I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 8, 2007, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the following documents described as:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **MAGISTRATE JUDGE RICHARD SEEBORG'S STANDING ORDER RE: INITIAL CASE MANAGEMENT**

- **SAN JOSE DIVISION STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE**

- **FORM OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

- **FORM OF DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

- **ECF REGISTRATION INFORMATION HANDOUT**

- **WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

in an envelope, postage fully paid, addressed as follows:

John Noall Nixon, III
2099 Brown Avenue
Santa Clara, CA 95051

1 | Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 8, 2007, at San Francisco, California.

*Meredith A. Mitchell* (signature)
Meredith A. Mitchell