# EXHIBIT B



Paul, Hastings, Janofsky & Walker LLP
Twenty-Fourth Floor • 55 Second Street • San Francisco, CA 94105-3441
telephone 415 856 7000 • facsimile 415 856 7100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

**Jeffrey D. Wohl**
415 856 7255
jeffwohl@paulhastings.com

August 31, 2007

John N. Nixon III
2099 Brown Avenue
Santa Clara, California 95051

Re: *Nixon v. LTX Corp. et al.*, U.S.D.C., N.D. Cal., No. C-07-04055-RS

Dear Mr. Nixon:

On August 7, 2007, we served you with, among other papers, LTX's cross-complaint. Your response to the cross-complaint was due yesterday, August 30. We did not receive your response in the mail, and the Court's docket does not show that a response was filed.

Please serve and file your response by not later than next Friday, September 7. Your failure to do so will lead to a default being entered against you on the cross-complaint.

Sincerely,

Jeffrey D. Wohl

JDW:wp

cc: Jeffrey P. Michalowski

LEGAL_US_W # 56997719.1