JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK,<br><br>       Defendants. | No.  C-07-04055-RS<br><br>**DEFAULT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT** |
| LTX CORPORATION, a corporation,<br><br>       Cross-Complainant,<br><br>    vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>       Cross-Defendants. | |

1  Plaintiff and cross-defendant John Nixon III having failed to answer or otherwise response to
2  defendant and cross-complainant LTX Corporation's cross-complaint in this action within the time
3  provided by law, and good cause appearing therefor,
4  A default is entered against plaintiff and cross-defendant John Nixon III on defendant and cross-
5  complainant LTX Corporation's cross-complaint.
6  Dated: September __, 2007.    CLERK OF COURT

8  By: _____