1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California  94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN NIXON, an individual, | No.  C-07-04055-RS |
   |---|---|
13 | Plaintiff, | **DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT** |
14 | vs. | |
15 | LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK, | |
17 | Defendants. | |
18 | | |
   | LTX CORPORATION, a corporation, | |
19 | Cross-Complainant, | |
20 | vs. | |
21 | JOHN NIXON III, an individual, and Does 1-10, | |
23 | Cross-Defendants. | |

1   A default having been entered against plaintiff and cross-defendant John Nixon III on defendant and cross-complainant LTX Corporation's cross-complaint in this action, which seeks recovery of a sum certain, and good cause appearing therefor,

   IT IS ORDERED, ADJUDICATED AND DECREED that judgment be and is hereby entered in favor of defendant and cross-complainant LTX Corporation and against plaintiff and cross-defendant John Nixon III on LTX Corporation's cross-complaint in the amount of $76,037.85, plus pre-judgment interest accrued on that amount at the maximum legal rate of 10% since March 9, 2007, of $_____, plus costs and attorneys' fees to be determined by separate application.

   Dated: September __, 2007.   CLERK OF COURT

   By: _____