1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN NIXON, an individual,                  | No. C 07-04055 RS
13 |                 Plaintiff,                  | **PROOF OF SERVICE**
14 |        vs.                                  | (Santa Clara Superior No. 1-07-CV-081538)
15 | LTX CORPORATION, a corporation,
   | and PETER ROOD, individually, and
16 | TIM HALLOCK, individually,
17 |                 Defendants.
18 | LTX CORPORATION, a corporation,
19 |                 Cross-Complainant,
20 |        vs.
21 | JOHN NIXON III, an individual, and
22 | Does 1-10,
23 |                 Cross-Defendants.
24
25
26
27
28

LEGAL_US_W # 56802301.1                                          PROOF OF SERVICE
                                                     U.S.D.C., N.D. Cal., No. C 07-04055 RS

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 10, 2007, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the following documents described as:

- **APPLICATION FOR CLERK TO ENTER DEFAULT AND DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS COMPLAINT; DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF APPLICATION FOR DEFAULT AND DEFAULT JUDGMENT**

- **DEFAULT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT**

- **DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT**

in an envelope, postage fully paid, addressed as follows:

John Noall Nixon, III
2099 Brown Avenue
Santa Clara, CA 95051

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2007, at San Francisco, California.

*Meredith A. Mitchell*
Meredith A. Mitchell