JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK,<br><br>　　　　　Defendants.<br><br>LTX CORPORATION, a corporation,<br><br>　　　　　Cross-Complainant,<br><br>　　vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>　　　　　Cross-Defendants. | No.  C-07-04055-RS<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF APPLICATION FOR DEFAULT AND DEFAULT JUDGMENT** |

I, Jeffrey D. Wohl, declare:

1.     I am a member of the Bar of this Court and one of the attorneys representing defendant and cross-complaint LTX Corporation ("LTX") and defendants Peter Rood and Tim Hallock in this action. I make this supplemental declaration in support of LTX's application, pursuant to Rule 55, Federal Rules of Civil Procedure, for the entry of a default and a default judgment against plaintiff and cross-defendant John Nixon III on LTX's cross-complaint in this action. I have personal knowledge of the facts set forth in this declaration (except where stated on information and belief) and could and would competently testify to them under oath if called as a witness.

2.     I am informed and believe and on that basis state that plaintiff and cross-defendant John Nixon III is not currently serving in the military. Mr. Nixon has never indicated in any court paper or correspondence that he is a member of the military; he does not use a military address on his court papers or correspondence; and he has acknowledged receipt of court papers and correspondence from me sent to his home address. Furthermore, plaintiff's former attorney informed me that Mr. Nixon resumed working in the private sector in the Bay Area since leaving LTX.

Executed on September 12, 2007, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                                         /s/ Jeffrey D. Wohl
                                                            Jeffrey D. Wohl

## PROOF OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 12, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the foregoing document described as:

- **SUPPLEMENTAL DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF APPLICATION FOR DEFAULT AND DEFAULT JUDGMENT**

in an envelope, postage fully paid, addressed as follows:

John Noall Nixon, III
2099 Brown Avenue
Santa Clara, CA 95051

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 12, 2007, at San Francisco, California.



Meredith A. Mitchell