**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

September 19, 2007

RE:  CV 07-04055 RS          JOHN NIXON-v- LTX CORPORATION

Default is entered as to Plaintiff and Cross Defendant John Nixon on 9/14/2007..

        RICHARD W. WIEKING, Clerk

        by Betty Walton
        Case Systems Administrator

NDC TR-4  Rev. 3/89