1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JOHN NIXON, an individual, | No. C 07-04055 RS |
| 13            Plaintiff, | **PROOF OF SERVICE** |
| 14       vs. | (Santa Clara Superior No. 1-07-CV-081538) |
| 15  LTX CORPORATION, a corporation, and PETER ROOD, individually, and | |
| 16  TIM HALLOCK, individually, | |
| 17            Defendants. | |
| 18  LTX CORPORATION, a corporation, | |
| 19            Cross-Complainant, | |
| 20       vs. | |
| 21  JOHN NIXON III, an individual, and Does 1-10, | |
| 22  | |
| 23            Cross-Defendants. | |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 18, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the following document described as:

- **ENTRY OF DEFAULT**

in an envelope, postage fully paid, addressed as follows:

> John Noall Nixon, III
> 2099 Brown Avenue
> Santa Clara, CA 95051

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 18, 2007, at San Francisco, California.

*Meredith A. Mitchell*
Meredith A. Mitchell

LEGAL_US_W # 56802301.1

PROOF OF SERVICE
U.S.D.C., N.D. CAL., NO. C 07-04055 RS