**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                             408.535.5363

September 19, 2007

RE:  <u>CV 07-04055 RS</u>          <u>JOHN NIXON-v- LTX CORPORATION</u>

    Application for Clerk to Enter Default Judgment as to Plaintiff and Cross-Defendant John Nixon III filed on September 10, 2007, is DECLINED.

                                              RICHARD W. WIEKING, Clerk

                                              by:  <u>Snooki Puli</u>
                                                    Deputy Clerk