UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN NIXON,

        Plaintiff,

  v.

LTX CORPORATION et al,

        Defendant.
                                        /

Case Number: CV07-04055 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Noall Nixon
2099 Brown Avenue
Santa Clara, CA 95051

Dated: October 5, 2007

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk