JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK,<br><br>　　　　Defendants. | No.  C-07-04055-RS<br><br>**REVISED APPLICATION FOR CLERK TO ENTER DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT; DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF REVISED APPLICATION FOR DEFAULT JUDGMENT** |
| LTX CORPORATION, a corporation,<br><br>　　　　Cross-Complainant,<br><br>　　vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>　　　　Cross-Defendants. | |

# REVISED APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

To the Clerk of Court:

The Clerk on September 14, 2007 (Docket No. 18) having entered the default of plaintiff and cross-defendant John Nixon III on the cross-complaint in this action of defendant and cross-complainant LTX Corporation ("LTX"), pursuant to Rule 55(b), Federal Rules of Civil Procedure, LTX now hereby applies to the Clerk to enter a default judgment against Mr. Nixon in the amount of $80,101.65, which is composed of the following amounts:

- the sum-certain principal amount of $76,037.85 which was requested in the cross-complaint; and
- pre-judgment interest accrued on this amount at the maximum legal rate of 10% since March 9, 2007, as also requested in LTX's cross-complaint, of $4,063.60 ($20.84 daily from March 9, 2007, to September 20, 2007, or 195 days).

The judgment also should provide for costs and attorneys' fees to be determined by separate application.

Dated: September 20, 2007.   JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

**DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF
REVISED APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

I, Jeffrey D. Wohl, declare:

1. I am a member of the Bar of this Court and one of the attorneys representing defendant and cross-complaint LTX Corporation ("LTX") and defendants Peter Rood and Tim Hallock in this action. I make this declaration in support of LTX's revised application, pursuant to Rule 55(b), Federal Rules of Civil Procedure, for the entry of a default judgment against plaintiff and cross-defendant John Nixon III on LTX's cross-complaint in this action in the amount of $80,101.65 plus costs and attorneys' fees to be determined on separate application. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. On September 14, 2007, the Clerk entered a default against Mr. Nixon on LTX's cross-complaint in this action. (*See* Docket No. 18.)

3. In its cross-complaint (at 2:27-3:6), LTX seeks a sum certain ($76,037.85, plus pre-judgment interest accrued on that amount at the maximum legal rate of 10% since March 9, 2007), plus costs and attorneys' fees to be determined by separate application. As of the date of this application, the pre-judgment interest that has accrued from March 9, 2007, is $4,063.80. Accordingly, the total judgment sought by LTX is for $80,101.65 plus costs and attorneys' fees to be determined by separate application.

Executed on September 20, 2007, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                                       /s/ Jeffrey D. Wohl
                                                           Jeffrey D. Wohl