1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California  94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  JOHN NIXON, an individual,                    No.  C-07-04055-RS

13              Plaintiff,                        **DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT**

14       vs.

15  LTX CORPORATION, a corporation, and
    PETER ROOD, individually, and TIM
16  HALLOCK,

17              Defendants.

18
    LTX CORPORATION, a corporation,
19
                Cross-Complainant,
20
         vs.
21
    JOHN NIXON III, an individual, and Does 1-
22  10,

23              Cross-Defendants.

24

25

26

27

28

LEGAL_US_W # 57046806.1                          DEFAULT JUDGMENT ON CROSS-COMPLAINT
                                                 U.S.D.C., N.D. Cal., No. C-07-04055-RS

A default having been entered on September 14, 2007 (Docket No. 18) against plaintiff and cross-defendant John Nixon III on defendant and cross-complainant LTX Corporation's cross-complaint in this action, which seeks recovery of a sum certain, and good cause appearing therefor,

IT IS ORDERED, ADJUDICATED AND DECREED that judgment be and is hereby entered in favor of defendant and cross-complainant LTX Corporation and against plaintiff and cross-defendant John Nixon III on LTX Corporation's cross-complaint in the amount of $80,101.65, plus costs and attorneys' fees to be determined by separate application.

Dated: September __, 2007.    CLERK OF COURT

By: _____