1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOHN NIXON, an individual, | No. C 07-04055 RS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | (Santa Clara Superior No. 1-07-CV-081538) |
| LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK, individually, | |
| Defendants. | |
| LTX CORPORATION, a corporation, | |
| Cross-Complainant, | |
| vs. | |
| JOHN NIXON III, an individual, and Does 1-10, | |
| Cross-Defendants. | |

1     I am a citizen of the United States and employed in San Francisco County, California. I am over
2  the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second
3  Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this
4  firm's practice for collection and processing of correspondence for mailing with the United States Postal
5  Service.
6     On September 20, 2007, I placed with this firm at the above address for deposit with the United
7  States Postal Service a true and correct copy of the following document described as:

8  - **REVISED APPLICATION FOR CLERK TO ENTER DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINT LTX CORPORATION'S CROSS-COMPLAINT; DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF REVISED APPLICATION FOR DEFAULT JUDGMENT**

11 - **DEFAULT JUDGMENT AGAINST PLAINTIFF AND CROSS-DEFENDANT JOHN NIXON III ON CROSS-COMPLAINANT LTX CORPORATION'S CROSS-COMPLAINT**

14 in an envelope, postage fully paid, addressed as follows:

   John Noall Nixon, III
   2099 Brown Avenue
   Santa Clara, CA 95051

18    Following ordinary business practices, the envelope was sealed and placed for collection and
19 mailing on this date, and would, in the ordinary course of business, be deposited with the United States
20 Postal Service on this date.
21    I declare that I am employed in the office of a member of the bar of this court at whose direction
22 the service was made. I also declare under penalty of perjury under the laws of the United States that
23 the foregoing is true and correct.
24    Executed on September 20, 2007, at San Francisco, California.

                                          *Meredith A. Mitchell* (signature)
                                          Meredith A. Mitchell

LEGAL_US_W # 56802301.1                                           PROOF OF SERVICE
                                                    U.S.D.C., N.D. CAL., NO. C 07-04055 RS