**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 S. 1st Street, Rm. 2112
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

October 5, 2007

RE:  CV 07-04055 RS     JOHN NIXON-v- LTX CORPORATION

Revised Application for Clerk to Enter Default Judgment as to Plaintiff and Cross-defendant John Nixon III filed on September 20, 2007, is DECLINED.

RICHARD W. WIEKING, Clerk

by:  Snooki Puli
     Deputy Clerk