1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California  94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK, individually,<br><br>          Defendants. | No. C 07-04055 RS<br><br>**DEFENDANT/CROSS-COMPLAINANT LTX CORPORATION AND DEFENDANTS PETER ROOD AND TIM HALLOCK'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| LTX CORPORATION, a corporation,<br><br>          Cross-Complainant,<br><br>     vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>          Cross-Defendants. | |

LEGAL_US_W # 57408941.1

CONSENT TO MAGISTRATE JUDGE
U.S.D.C., N.D. Cal., No. C 07-04055 RS

1  In accordance with the provisions of 28 U.S.C. section 636(c), defendant/cross-complainant LTX Corporation and defendants Peter Rood and Tim Hallock, by and through their attorneys of record, hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: October 29, 2007.

JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

# PROOF OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On October 29, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the foregoing document described as:

- **DEFENDANT/CROSS-COMPLAINANT LTX CORPORATION AND DEFENDANTS PETER ROOD AND TIM HALLOCK'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

in an envelope, postage fully paid, addressed as follows:

John Noall Nixon, III
2099 Brown Avenue
Santa Clara, CA 95051

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2007, at San Francisco, California.

_/s/ Meredith A. Mitchell_
Meredith A. Mitchell