**\*E-FILED 10/29/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN NIXON, | NO. C 07-04055 RS |
|     Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO REGISTER FOR E-FILING** |
| v. | |
| LTX CORPORATION, et al, | |
|     Defendants. _____/ | |

Good cause appearing, the motion of *pro se* plaintiff John Nixon for leave to register for e-filing in this action is GRANTED.

IT IS SO ORDERED.

Dated: October 29, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO REGISTER FOR E-FILING
C 07-04055 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Jeffrey Patrick Michalowski    jeffmichalowski@paulhastings.com, meredithmitchell@paulhastings.com

Jeffrey David Wohl    jeffwohl@paulhastings.com, meredithmitchell@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

John Noall Nixon III
2099 Brown Avenue
Santa Clara, CA 95051

**Dated: 10/29/07**                                        **Chambers of Judge Richard Seeborg**

                                                                                    **By:    /s/ BAK**

ORDER GRANTING MOTION FOR LEAVE TO REGISTER FOR E-FILING
C 07-04055 RS

2