XVII. **SCHEDULING**

The parties propose the following dates:

- Last Day to Complete General Discovery: *(105 days before trial)*: **July 28, 2008.**
- Last Day to Complete Expert Discovery *(90 days before trial)*: **August 12, 2008.**
- Last Date to Hear Dispositive Motions *(45 days before trial)*: **September 26, 2008.**
- Final Pretrial Conference *(8 days before trial)*: **November 2, 2008.**
- Trial Date: **November 10, 2008.**

XVIII. **TRIAL**

The parties agree that it is premature to estimate the length of trial until the parties have had an opportunity to engage in discovery. As such, the parties propose that the Court revisit the issue of trial length after discovery is closed.

XIX. **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiff and Defendants have filed the Certification of Interested Entities or Persons as required by Civil Local Rule 3-16. No non-party person, firm, partnership, corporation or other entity has either a financial interest in the subject matter in controversy, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

XX. **OTHER MATTERS**

The parties are aware of none.

Dated: November 14, 2007.

JOHN NIXON III

_/s/ John Nixon III_

Dated: November __, 2007.

JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant LTX Corporation and Defendants Peter Rood and Tim Hallock