**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 15, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, | No. C 07-04055 RS |
|     Plaintiff, | |
|   v. | **CLERK'S NOTICE** |
| LTX CORPORATION, et al., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for November 21, 2007 at 2:30 p.m. has been continued to **November 28, 2007 at 2:30 p.m.**

Dated: November 15, 2007

                                  For the Court,
                                  RICHARD W. WEIKING, Clerk

                                  By:    /s/ Martha Parker Brown
                                                 Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Jeffrey Patrick Michalowski   jeffmichalowski@paulhastings.com, meredithmitchell@paulhastings.com

3 Jeffrey David Wohl   jeffwohl@paulhastings.com, meredithmitchell@paulhastings.com

4 **AND A COPY OF THIS NOTICE WAS MAILED TO:**

5 John Noall Nixon, III
6 2099 Brown Avenue
Santa Clara, CA 95051

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28