1  JOHN NOALL NIXON, III, in *Properia persona*
   2099 Brown Avenue
2  Santa Clara, California 95051
   Telephone: (408) 247-7189
3

4  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
5  55 Second Street, 24th Floor
   San Francisco, California 94105
6  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
7  jeffwohl@paulhastings.com
   jeffmichalowski@paulhastings.com
8
   Attorneys for Defendant/Cross-Complainant
9  LTX Corporation and Defendants Peter Rood and Tim Hallock

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | JOHN NIXON, an individual, | No. C 07-04055 RS |
|---|---|---|
| 15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING EARLY NEUTRAL EVALUATION** |
| 16 | vs. | |
| 17 | LTX CORPORATION, a corporation, and PETER ROOD, individually, and | |
| 18 | TIM HALLOCK, individually, | |
| 19 | Defendants. | |
| 20 | | |
| 21 | LTX CORPORATION, a corporation, | |
| 22 | Cross-Complainant, | |
| 23 | vs. | |
| 24 | JOHN NIXON III, an individual, and Does 1-10, | |
| 25 | Cross-Defendants. | |

26

27

28

LEGAL_US_W # 57513742.1                                    STIPULATION AND [PROPOSED]ORDER
                                                           SELECTING EARLY NEUTRAL EVALUATION
                                                           U.S.D.C., N.D. Cal., No. C 07-04055 RS

1  The parties report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3  The parties agree to participate in the following ADR process:

4  **Court Processes:**

5  ☐   Non-binding Arbitration (ADR L.R. 4)

6  ☑   Early Neutral Evaluation (ENE) (ADR L.R. 5)

7  ☐   Mediation (ADR L.R. 6)

8  **Private Process:**

9  ☐   Private ADR (*please identify process and provider*) _____

10  _____

11  The parties agree to hold the ADR session by:

12  ☑   the presumptive deadline *(The deadline is 90 days from the date of the order*
13  *referring the case to an ADR process unless otherwise ordered.)*

14  ☐   other requested deadline _____

15  Dated: November __, 2007.   JOHN NIXON III

17  _____

18  Dated: November 14, 2007.   JEFFREY D. WOHL
                                JEFFREY P. MICHALOWSKI
19                              PAUL, HASTINGS, JANOFSKY & WALKER LLP

21  By: /s/ Jeffrey D. Wohl
         Jeffrey D. Wohl
22       Attorneys for Defendant/Cross-Complainant
         LTX Corporation and Defendants Peter Rood and
23       Tim Hallock

LEGAL_US_W # 57513742.1

STIPULATION AND [PROPOSED]ORDER
SELECTING EARLY NEUTRAL EVALUATION
U.S.D.C., N.D. Cal., No. C 07-04055 RS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.

☐ other _____

**IT IS SO ORDERED.**

Dated:_____                                    _____
                                                                                     Hon. Richard Seeborg