The parties report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☑ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: November 14, 2007.    JOHN NIXON III

[signature]

Dated: November __, 2007.    JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

LEGAL_US_W # 57513742.1

STIPULATION AND [PROPOSED] ORDER
SELECTING EARLY NEUTRAL EVALUATION
U.S.D.C., N.D. Cal., No. C 07-04055 RS