JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK, individually,<br><br>        Defendants.<br><br>LTX CORPORATION, a corporation,<br><br>        Cross-Complainant,<br><br>    vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>        Cross-Defendants. | No. C 07-04055 RS<br><br>**ADR CERTIFICATION [ADR L.R. 3-5(b)] OF DISCUSSION OF ADR OPTIONS** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November __, 2007.   LTX CORPORATION

By:_____
Joseph A. Hedal
Vice President, General Counsel, and Secretary

Dated: November __, 2007.   PETER ROOD

_____

Dated: November __, 2007.   TIM HALLOCK

_____

Dated: November 19, 2007.   JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

LEGAL_US_W # 57516015.1              ADR CERTIFICATION [ADR L.R. 3-5(b)] OF
DISCUSSION OF ADR OPTIONS
U.S.D.C., N.D. Cal., No. C 07-04055 RS