1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 14, 2007.   LTX CORPORATION

By: /s/ Joseph A. Hedal
Joseph A. Hedal
Vice President, General Counsel, and Secretary

Dated: November __, 2007.   PETER ROOD

_____

Dated: November __, 2007.   TIM HALLOCK

_____

Dated: November __, 2007.   JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

LEGAL_US_W # 57516015.1

ADR CERTIFICATION [ADR L.R. 3-5(b)] OF
DISCUSSION OF ADR OPTIONS
U.S.D.C., N.D. Cal., No. C 07-04055 RS