JOHN NOALL NIXON, III, in *Properia persona*
2099 Brown Avenue
Santa Clara, California 95051
Telephone: (408) 247-7189

*E-FILED 11/20/07*

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and Tim Hallock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NIXON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LTX CORPORATION, a corporation, and PETER ROOD, individually, and TIM HALLOCK, individually,<br><br>Defendants.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>LTX CORPORATION, a corporation,<br><br>Cross-Complainant,<br><br>vs.<br><br>JOHN NIXON III, an individual, and Does 1-10,<br><br>Cross-Defendants. | No. C 07-04055 RS<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING EARLY NEUTRAL EVALUATION** |

LEGAL_US_W # 57513742.1

1    The parties report that they have met and conferred regarding ADR and have reached the

2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:

4  **Court Processes:**

5    ☐    Non-binding Arbitration (ADR L.R. 4)

6    ☑    Early Neutral Evaluation (ENE) (ADR L.R. 5)

7    ☐    Mediation (ADR L.R. 6)

8  **Private Process:**

9    ☐    Private ADR (*please identify process and provider*) _____

10  _____

11    The parties agree to hold the ADR session by:

12    ☑    the presumptive deadline *(The deadline is 90 days from the date of the order*

13    *referring the case to an ADR process unless otherwise ordered. )*

14    ☐    other requested deadline _____

15  Dated:  November __, 2007.    JOHN NIXON III

16

17    _____

18  Dated:  November 14, 2007.    JEFFREY D. WOHL
                                    JEFFREY P. MICHALOWSKI
19                                   PAUL, HASTINGS, JANOFSKY & WALKER LLP

20

21  By: /s/ Jeffrey D. Wohl
                                        Jeffrey D. Wohl
22                                   Attorneys for Defendant/Cross-Complainant
                                LTX Corporation and Defendants Peter Rood and
23                                           Tim Hallock

24

25

26

27

28

STIPULATION AND [PROPOSED]ORDER
SELECTING EARLY NEUTRAL EVALUATION
U.S.D.C., N.D. Cal., No. C 07-04055 RS

1                                  **[~~PROPOSED~~] ORDER**

2      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3         ☐       Non-binding Arbitration

4         ☒       Early Neutral Evaluation (ENE)

5         ☐       Mediation

6         ☐       Private ADR

7      Deadline for ADR session

8         ☒       90 days from the date of this order.

9         ☐       other _____

10      **IT IS SO ORDERED.**

11

12      Dated:_____     November 20, 2007                        _____

                                                                        Hon. Richard Seeborg

13

14

15

16

17      x

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]ORDER
SELECTING EARLY NEUTRAL EVALUATION
U.S.D.C., N.D. Cal., No. C 07-04055 RS