ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

November 27, 2007

John Noall Nixon III
2099 Brown Avenue
Santa Clara, CA 95051
408-247-7189

Jeffrey David Wohl
Jeffrey Patrick Michalowski
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105-3441
415-856-7000

Re:   Nixon v. LTX Corporation
      Case No. C 07-04055 RS ENE

Dear Mr. Nixon and Counsel:

   We have received notification from Richard Seeborg that the referenced case was referred to ENE on 11/20/2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Monday, 12/10/2007 at 10:00 a.m. Pacific time**. This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

                                   Sincerely,

                                   Alice M. Fiel
                                   ADR Case Administrator