UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 1 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__                    DATE: __11/28/07__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                    CASE #: __C 07-04055RS__

CASE TITLE: __JOHN NIXON__        VS.   __LTX CORPORATION, ET AL__

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

 __NO APPEARANCE__                           __JEFFREY WOHL__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }    1.
{ }     { }     { }    2.
{ }     { }     { }    3.
{ }     { }     { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED     [  ] DENIED     [  ] SUBMITTED     [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to:           @           For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

 PLAINTIFF DOES NOT APPEAR.  COURT WILL ISSUE WRITTEN SCHEDULING ORDER BASED ON THE PARTIES' CMC STATEMENTS.

HOURS IN SETTLEMENT:              Copies to: