Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff and cross-defendant John Noall Nixon III ("Nixon") and defendant/cross-complainant LTX Corporation ("LTX") and defendants Peter Rood ("Rood") and Tim Hallock ("Hallock") stipulate to dismissal of this action in its entirety with prejudice, including all complaints brought by Nixon against LTX, Rood, and Hallock, and LTX's cross-complaint against Nixon, each side bearing its own costs and attorneys' fees.

Dated: December 11, 2007.   JOHN NOALL NIXON III

_____
John Noall Nixon III
Plaintiff (appearing *pro se*)

Dated: December 12, 2007.   JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

LEGAL_US_W # 57728962.1

STIPULATION OF DISMISSAL; ORDER
U.S.D.C., N.D. CAL., No. C-07-04055-RS