1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, California  94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  jeffmichalowski@paulhastings.com

6  Attorneys for Defendant/Cross-Complainant
   LTX Corporation and Defendants Peter Rood and Tim Hallock
7

*E-FILED 12/18/07*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN NIXON, an individual,              | No. C-07-04055-RS

13 |         Plaintiff,

14 |    vs.                                   | **STIPULATION TO DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE; ORDER**

15 | LTX CORPORATION, a corporation,
   | and PETER ROOD, individually, and
16 | TIM HALLOCK, individually,

17 |         Defendants.

18 | LTX CORPORATION, a corporation,

19 |         Cross-Complainant,
20
   |    vs.
21
   | JOHN NIXON III, an individual, and
22 | Does 1-10,

23 |         Cross-Defendants.

24

25

26

27

28

1  Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff and cross-defendant John Noall Nixon III ("Nixon") and defendant/cross-complainant LTX Corporation ("LTX") and defendants Peter Rood ("Rood") and Tim Hallock ("Hallock") stipulate to dismissal of this action in its entirety with prejudice, including all complaints brought by Nixon against LTX, Rood, and Hallock, and LTX's cross-complaint against Nixon, each side bearing its own costs and attorneys' fees.

Dated: December __, 2007.   JOHN NOALL NIXON III

_____
John Noall Nixon III
Plaintiff (appearing *pro se*)

Dated: December 17, 2007.   JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant/Cross-Complainant
LTX Corporation and Defendants Peter Rood and
Tim Hallock

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action in its entirety be, and is hereby, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: December 18, 2007.

_____
Richard Seeborg
United States Magistrate Judge